# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CASE NO. MDL No. 3:16-md-02741-VC

IN RE: ROUNDUP PRODUCTS ) MDL No. 2741
LIABILITY LITIGATION )
)
)
This document relates to: )
)
Garfield Gordon v. )
Monsanto Company, )
Case No. 3:19-cv-06423-VC )
)
Eduino N. Pinheiro v. )
Monsanto Company, )
Case No. 3:21-cv-00041-VC )
)
Paula Pinheiro v. )
Monsanto Company, )
Case No. 3:20-cv-08173-VC )
)

MONDAY, AUGUST 12, 2024
9:04 a.m. PDT

Remote videotaped deposition of KEVIN B. KNOPF, MD, MPH, held before Suzanne J. Stotz, a Certified Shorthand Reporter License No. 14565, Certified Realtime Reporter, Registered Professional Reporter, and a Notary Public of the State of California.
Job No. 6858937

A P P E A R A N C E S:

ATTORNEYS FOR PLAINTIFFS:

(Via Videoconference)
RUEB STOLLER DANIEL LLP
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036
(833) 443-7529
michael.gallant@lawrsd.com
behram.parekh@lawrsd.com
BY: MICHAEL E. GALLANT, ESQ.
BY: BEHRAM PAREKH, ESQ.

ATTORNEYS FOR DEFENDANT:

(Via Videoconference)
NELSON MULLINS LLP
101 Constitution Avenue, NW
Suite 900
Washington, D.C. 20001
(202) 689-2893
florina.lupei@nelsonmullins.com
BY: M. FLORINA LUPEI, ESQ.

- and -

(Via Videoconference)
NELSON MULLINS LLP
1320 Main Street
17th Floor
Columbia, South Carolina 29201
(803) 255-9252
jenni.jokerst@nelsonmullins.com
BY: JENNI JOKERST, ESQ.

ALSO PRESENT:

Zach Hone, Videographer

has other risk factors to develop lymphoma, but I don't think that they're as strong as the Roundup exposure he's had.

BY MS. LUPEI:

Q. And you also considered the family -- you address the -- Mr. Gordon's family history of cancer in your report, correct?

A. Correct.

Q. And you write on page 30 that he had no relatives with NHL or leukemia, right?

A. I did write that there, yes.

Q. But he had a half brother with lung cancer, and his mother had colon -- colon and breast cancer, right?

A. Correct.

Q. You also address the race on -- you write on page 29 of your report that Mr. Gordon's race is a minor contribution to his risk for developing NHL, right?

A. Right. Well, with race and age -- with race and age and gender, they're demographic factors. I'm calling them demographic factors rather than risk factors

C E R T I F I C A T E

I, SUZANNE J. STOTZ, a Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public in and for the State of California, do hereby certify that the foregoing is a true and accurate transcript of the stenographic above-captioned matter.

SUZANNE J. STOTZ, CSR, RPR, CRR
CA CSR License No. 14565

DATED: AUGUST 23, 2024

NOTE: THE CERTIFICATE APPENDED TO THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS, UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.